FILED

SEP 11 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL KAHN,<br><br>    Defendant. | ) INDICTMENT<br>)<br>) 3:24 CR 327<br>)<br>) JUDGE JAMES G. CARR<br>) CASE NO._____<br>) Title 18, United States Code,<br>) Sections 922(g)(1), 924(a)(8),<br>) 924(c)(1)(A)(iii), and 2119(1)<br>)<br>) |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 31, 2024, in the Northern District of Ohio, Western Division, Defendant MICHAEL KAHN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Carrying Concealed Weapons, on or about March 5, 2021, in Case Number CR-0202002053, Lucas County Common Pleas Court, Robbery and Receiving Stolen Property, on or about September 29, 2021, in Case Number CR-0202101796, in Lucas County Common Pleas Court, and Assault, on or about April 27, 2022, in Case Number CR-0202102770, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: Taurus, Millennium, 9mm piston, Serial



Number T1Z24898, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Carjacking, 18 U.S.C. § 2119(1))

The Grand Jury further charges:

2. On or about July 31, 2024, in the Northern District of Ohio, Western Division, Defendant MICHAEL KAHN did knowingly and intentionally, by force and violence or by intimidation, and with intent to cause death or serious bodily harm, take a motor vehicle, to wit: a 2009 Subaru Tribeca, that had been shipped in interstate or foreign commerce, from the person or presence of another, in violation of Title 18, United States Code, Section 2119(1).

COUNT 3
(Using and Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(iii))

The Grand Jury further charges:

3. On or about July 31, 2024, in the Northern District of Ohio, Western Division, Defendant MICHAEL KAHN did use and carry, and discharge, a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Carjacking, in violation of Title 18, United States Code, Section 2119, as charged in count two of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

FORFEITURE

The Grand Jury further charges:

4. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant MICHAEL KAHN shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.